E-filing **C '07 4594** (PR)

__Shavougue A. Mason__
Petitioner

__A. Hedgpeth, Warden__
Respondent(s)

FILED
SEP - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**  SBA

I, __Shavougue Mason__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __12/3/03  $2000.00/per month__

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☒ Yes  ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __$30 from my God-sister in Febuary__

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No
   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

    _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Thaijah Mason (daughter) $0.00/per month due to Incarceration

    _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  8/19/07
                    Date

                                                    *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___-0-___ on account to his credit at the  Kern Valley State Prison  institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ___N/a___

_____

8/23/07
  Date

                                    Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030                                          REPORT DATE: 08/23/07
                                                           PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 15, 2007 THRU AUG. 23, 2007

ACCOUNT NUMBER : V80244           BED/CELL NUMBER: FAB500000000106U
ACCOUNT NAME   : MASON, SHAVOUGUE  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  ------------   --------   ---------   --------   -----------   -------

                                                                            0.00
02/15/2007  BEGINNING BALANCE

                                                              14.40-        14.40
02/28 FR01 CANTEEN RETUR 601393
03/12 FC01 DRAW-FAC 1    1457/FA2D                 14.40                    0.00

                          TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL      TOTAL       CURRENT      HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
  ---------   --------   -----------   -------    --------    -------------
     0.00       0.00        0.00        0.00        0.00          0.00

                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                 ---------
                                                   0.00
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
TRUST OFFICE