## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, Shavougue Mason, declare under the penalty of perjury that:

I am the Petitioner in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this 28 day of August, 20 07, at Kern Valley State Prison, Delano, CA. 93216-5101.

_____
Declarant

FILED
SEP - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4594 SBA
(PR)

.........................................................

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, Shavougue Mason, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [✓] I am / [ ] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled: Petition for writ of Habeas Corpus by a person in state custody, Petition for Review in California supreme court, and the Non published Offical Report of the 6th District court of appeal in Case Number SS033582 and Appeal Number H028624.

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows: Clerk's Office U.S. District Court - No. Dist. of CA.

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this 28th day of August, 20 07, at Kern Valley State Prison, Delano, Califrnia 93216-5101.

_____
Declarant