**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAVOUGUE A. MASON,

        Petitioner,

  v.

A. HEDGPETH,

        Respondent.

                                    /

No. C 07-04594 SBA (PR)

**ORDER REGARDING *IN FORMA PAUPERIS* MOTION**

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C.
§ 2254. Petitioner filed an in forma pauperis (hereinafter "IFP") application; however, he did not
file copies of the Certificate of Funds and prisoner trust account statement.

The Court cannot conduct an initial review of this matter until Petitioner has either paid the
filing fee or filed a completed IFP application with the requisite documents. See 28 U.S.C. §
1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or
security if he makes an affidavit that he is unable to pay such fees or give security therefor).

Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than
**thirty (30) days** from the date of this Order. He shall include with his payment a clear indication
that it is for the above-referenced case number, C 07-04594 SBA (PR). In the event that Petitioner is
unable to pay the filing fee, he shall submit the trust account statement and certificate of funds no
later than **thirty (30) days** from the date of this Order. Failure to pay the filing fee or file the
requisite documents within the thirty-day deadline shall result in dismissal of this action.

    IT IS SO ORDERED.

DATED: 11/13/07

                                    *Saundra B Armstrong*
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

P:\PRO-SE\SBA\HC.07\Mason4594.FileIFPdocs.wpd

**United States District Court**
For the Northern District of California

1

2                     UNITED STATES DISTRICT COURT

3                                 FOR THE

4                     NORTHERN DISTRICT OF CALIFORNIA

5

6

7    SHAVOUGUE A. MASON,                        Case Number: CV07-04594 SBA

8             Plaintiff,                        **CERTIFICATE OF SERVICE**

9       v.

10   A. HEDGPETH et al,

11            Defendant.
                                         /
12

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

14
     That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
15   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17

18
     Shavougue Antoine Mason V80244
19   Kern Valley State Prison
     P.O. Box 5101
20   Delano,  CA 93216

21   Dated: November 14, 2007
                                         Richard W. Wieking, Clerk
22                                       By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

     P:\PRO-SE\SBA\HC.07\Mason4594.FileIFPdocs.wpd          2