FILED

NOV 2 9 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To Richard W. Wieking (Clerk U.S. District Court)
                                                    I received
your letter concerning my In Forma Pauperis for case
Number, C07-04594 SBA (PR). You had asked for the
Trust account Statement and Certificate of No Funds.
These both were filed on Sept 5, 2007. At that time
you had then sent me a letter explaining, that I
needed to fillout an In Forma Pauperis form for the
"Northern" District Court and the Trust Account
Statement and Certificate of No funds were Okay.
So, I sent only the filled-out, "Northern" District,
In Forma Pauperis form back to you, with the
attachment of the letter you had sent me concernit,
and with the Case number on the Form. Can you please
check my file to Verify the afore mentioned Documents
were filed? If the Trust Account Statement and Certificate
of No funds from Sept 5, 2007 are not adequate, or
insufficent for the Courts, I'm never the less in the
process of trying to get access to the Law Library.
[Note] (We are currently on lockdown and have been for a
month now.) I would like to know if I should send
you a copy of the Certificate and Statement from Sept.
5, 2007 on should I fillout an entirely New form and
send it back through the Trust Account office to send
to you? I would appreciate a reply as soon as possible
so I can return the proper forms to you. Thank You!

                              Sincerly,

                              Shavouque Mason
                              V80244 / 11-20-07
                         Case# C07-04594 SBA (PR)