Shavougue Mason
V80244/Fac A-B5-211L
K.V.S.P./P.O. Box 5101
Delano, CA. 93216

Kern Valley State Prison
Facility A, Building 5

Confidential
Legal Mail



(ATTN: Richard W. Wieking)
Office of the Clerk US District Court
Northern District of California
1301 Clay St., Suite 400S.
Oakland, CA. 94612-5212