**FILED**

DEC 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shavougue Antoine Mason
Plaintiff,

vs.

A. Hedgpeth (Warden)
Defendant.

CASE NO. C 07-4594 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Evidentiary Hearing Requested

I, Shavougue Mason, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   T.T.M. / 3 y/o  / 0.00
4   _____
5   5.   Do you own or are you buying a home?      Yes ___  No ✓
6   Estimated Market Value: $_____  Amount of Mortgage: $_____
7   6.   Do you own an automobile?                 Yes ___  No ✓
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ___ No ✓ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ___ No ✓ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ___ No ✓
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ 0.00                Utilities: 0.00
21  Food: $ 0.00                Clothing: 0.00
22  Charge Accounts:
23  Name of Account         Monthly Payment         Total Owed on This Acct.
24  _____              $ _____            $ _____
25  _____              $ _____            $ _____
26  _____              $ _____            $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

1    N/A

2

3    10.   Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?   Yes ____   No ✓

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7          N/A

8

9    I consent to prison officials withdrawing from my trust account and paying to the court the

10    initial partial filing fee and all installment payments required by the court.

11    I declare under the penalty of perjury that the foregoing is true and correct and understand

12    that a false statement herein may result in the dismissal of my claims.

13

14    11/29/07

15    DATE                     SIGNATURE OF APPLICANT

_Shavougue A. Mason_
Petitioner

_A. Hedgpeth, Warden_
Respondent(s)

**DECLARATION IN SUPPORT (PR)
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

ORIGINAL FILED E-filing SEP - 5 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

C 07 4594 COPY SBA

I, _Shavougue Mason_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _N/A_

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _12/3/03  $2000.00/per month_

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?      ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?                 ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?       ☐ Yes  ☒ No
   d. Gifts or inheritances?                                ☐ Yes  ☒ No
   e. Any other sources?                                    ☒ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _$30 from my God-sister in Febuary_

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Thaijah Mason (daughter) $0.00/per month due to Incarceration

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  8/19/07
            Date                                        Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___-0-___ on account to his credit at the Kern Valley State Prison institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: N/a

8/23/07
Date                                        Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030                                REPORT DATE: 08/23/07
                                                 PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 15, 2007 THRU AUG. 23, 2007

ACCOUNT NUMBER : V80244              BED/CELL NUMBER: FAB500000000106U
ACCOUNT NAME   : MASON, SHAVOUGUE       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

02/15/2007   BEGINNING BALANCE                                            0.00

02/28 FR01 CANTEEN RETUR  601393                           14.40-       14.40
03/12 FC01 DRAW-FAC 1     1457/FA2D                        14.40         0.00

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
  ---------   ---------   -----------   ---------   ---------   ------------
      0.00        0.00         0.00        0.00        0.00          0.00

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                    ---------
                                                        0.00
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 11/09/07
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 09, 2007

ACCOUNT NUMBER : V80244              BED/CELL NUMBER: FAB500000000211L
ACCOUNT NAME   : MASON, SHAVOUGUE         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

    BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS   WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
   ----------   ---------   -----------   ---------   ---------   ------------
        0.00        0.00          0.00        0.00        0.00           0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                     -----------
                                                           0.00
```

Shavougie Mason
V80244/Fac ABS-211L
K.V.S.P./P.O. Box 5101
Delano, CA. 93216

KCrn Valley State Prison
Facility A, Building 3
Legal Mail

Confidential
Legal papers



ATTN: Richard W. Wibking
Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400 S
Oakland, CA. 94612-5212