**FILED**

DEC 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shavougue Antoine Mason
            Plaintiff,

vs.

A. Hedgpeth (Warden)
            Defendant.

CASE NO. C07-4594 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Evidentiary Hearing Requested

I, Shavougue Mason, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | Monterey Beach Resort  2600 Sanddunes DR
4 | Monterey, CA.   $2000/per month
5 |
6 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |        a.   Business, Profession or                          Yes ___ No ✓
9 |             self employment
10 |       b.   Income from stocks, bonds,                       Yes ___ No ✓
11 |            or royalties?
12 |       c.   Rent payments?                                   Yes ___ No ✓
13 |       d.   Pensions, annuities, or                          Yes ___ No ✓
14 |            life insurance payments?
15 |       e.   Federal or State welfare payments,               Yes ___ No ✓
16 |            Social Security or other govern-
17 |            ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____
22 | 3.   Are you married?                                       Yes ___ No ✓
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____ Net $_____
27 | 4.   a.   List amount you contribute to your spouse's support:$ _____
28 |      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

T.T.M. / 0.00

5.  Do you own or are you buying a home?   Yes ___  No ✓

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ___  No ✓

Make _____  Year _____  Model _____

Is it financed? Yes ___  No ✓  If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash?  Yes ___  No ✓  Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___  No ✓

8.  What are your monthly expenses?

Rent: $ 0.00              Utilities: 0.00
Food: $ 0.00              Clothing: 0.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1 | N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11/29/07
DATE

_[signature]_
SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 4 -

Case Number: <u>C 07-4594 SBA (PR)</u>

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Shavougue Mason</u> for the last six months at [prisoner name] <u>Kern Valley State Prison</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: <u>12/5/07</u>                                    _K. Scruggs, Acct. Tech._
                                                                  [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                REPORT DATE: 12/05/07
                                                      PAGE NO:        1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 05, 2007

ACCOUNT NUMBER : V80244              BED/CELL NUMBER: FAB500000000211L
ACCOUNT NAME   : MASON, SHAVOUGUE      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
   ---------     ---------     -----------    ----------    ---------     ------------
       0.00          0.00           0.00          0.00         0.00            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                0.00
```



THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY
TRUST OFFICE





Shavoughte Mason
V80244 Fac A85-911
K.V.S.P. / P.O. Box 5106
Delano, CA 93216

Confidential
Legal Mail

ATTN: Richard Wieking
Office of the Clerk U.S. Court
1301 Clay St. Suite 400S
Oakland, CA. 94612-5212