IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAVOUGUE A. MASON,

    Petitioner,

 v.

A. HEDGPETH, Warden,

    Respondent.
                               /

No. C 07-04594 SBA (PR)

**ORDER GRANTING *IN FORMA PAUPERIS* STATUS AND DIRECTING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED**

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also seeks leave to proceed in forma pauperis. It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

    1.    Petitioner's application to proceed in forma pauperis is GRANTED.

    2.    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.

    3.    Respondent shall file with this Court and serve upon Petitioner, within **sixty (60) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have

1  been transcribed previously and that are relevant to a determination of the issues presented by the
2  petition.

3      4.    If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with
4  the Court and serving it on Respondent within **thirty (30) days** of his receipt of the Answer.  Should
5  Petitioner fail to do so, the petition will be deemed submitted and ready for decision **thirty (30)**
6  **days** after the date Petitioner is served with Respondent's Answer.

7      5.    Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer,
8  as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.
9  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an
10 opposition or statement of non-opposition to the motion within **thirty (30) days** of receipt of the
11 motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**
12 **days** of receipt of any opposition.

13     6.    It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court
14 and Respondent informed of any change of address and must comply with the Court's orders in a
15 timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the
16 Court by mailing a true copy of the document to Respondent's counsel.

17     7.    Extensions of time are not favored, though reasonable extensions will be granted.
18 Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline
19 sought to be extended.

20     IT IS SO ORDERED.

21 DATED: 1/15/08

                                          SAUNDRA BROWN ARMSTRONG
22                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOUGUE A. MASON,<br><br>      Plaintiff,<br><br>  v.<br><br>A. HEDGPETH et al,<br><br>      Defendant. | Case Number: CV07-04594 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shavougue Antoine Mason V80244
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: January 16, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk