EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5954
 Fax:  (415) 703-1234
 Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SHAVOUGUE A. MASON,** | C 07-04594 SBA (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| **v.** | |
| **A. HEDGPETH, Warden,** | |
| Respondent. | |

        Respondent hereby provides this answer to the order to show cause why the petition

for writ of habeas corpus should not be granted:

**CUSTODY**

        Petitioner is lawfully in the custody of A. Hedgpeth, Warden of Kern Valley State

Prison in Delano, California, as the result of a conviction in Monterey County Superior Court

case number SS033582.  A jury found petitioner guilty of three counts of murder (Cal. Pen.

Code, § 187), two counts of gross vehicular manslaughter while intoxicated (Cal. Pen. Code,

§191.5(a)), two counts of vehicular manslaughter with gross negligence (Cal. Pen. Code, §

192(c)(1)), driving under the influence of alcohol causing injury (Cal. Veh. Code, § 23153(a)), and driving with a blood alcohol level of 0.08 or more (Cal. Veh. Code, § 23153(b)).  The jury also found true allegations that petitioner fled the scene after committing the four manslaughter offenses (Cal. Veh. Code, § 20001(c)) and that petitioner personally inflicted great bodily injury on Rene M. Porrass and Rosalinda Gonzales in connection with the last two counts (Cal. Pen. Code, § 12022.7(a)).  The trial court sentenced petitioner to 45 years to life.

**GENERAL AND SPECIFIC DENIALS**

Respondent denies that the state court's ruling was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings.  Respondent specifically denies that petitioner was denied his federal right to due process because the jury was instructed with an unconstitutional mandatory presumption, because insufficient evidence supported the murder convictions, or because the trial court admitted other evidence of uncharged offenses to show petitioner's knowledge of the consequences of unsafe driving, and that petitioner was denied effective assistance of counsel.

**PROCEDURAL ISSUES**

Petitioner exhausted his claims in state court.  The petition is timely.

**LODGED DOCUMENTS**

Respondent has lodged concurrently with this answer the following exhibits:  (1) the state court Clerk's Transcript;  (2) the state court Reporter's Transcript;  (3) Appellant's Opening Brief;  (4) Respondent's Brief;  (5) Appellant's Reply Brief;  (6) the unpublished opinion of the California Court of Appeal, Sixth Appellate District, filed September 7, 2006;  (7) Petition for Rehearing;  (8) Order granting Petition for Rehearing;  (9) Appellant's Supplemental Letter Brief;  (10) Respondent's Supplemental Letter Brief;  (11) Appellant's Supplemental Letter Reply Brief;  (12) the unpublished opinion of the California Court of Appeal, Sixth Appellate District, filed February 8, 2007;  (13) Petition for Review;  (14) Denial of Petition for Review.  Respondent hereby incorporates by reference the accompanying memorandum of points and

Answer to Order to Show Cause

Mason v. Hedgpeth, Warden
C 07-04594 SBA (PR)

1  authorities in support of this answer.

2  **CONCLUSION**

3  WHEREFORE, respondent respectfully submits that the petition for writ of habeas corpus

4  should be denied.

5  Dated:  March 17, 2008

6  Respectfully submitted,

7  EDMUND G. BROWN JR.
   Attorney General of the State of California

8  DANE R. GILLETTE
   Chief Assistant Attorney General

9  GERALD A. ENGLER
10  Senior Assistant Attorney General

   PEGGY S. RUFFRA
11  Supervising Deputy Attorney General

12
   /s/ Jill M. Thayer
13  JILL M. THAYER
   Deputy Attorney General
14  Attorneys for Respondent

15

16  40225166.wpd
   SF2008400274
17

18

19

20

21

22

23

24

25

26

27

28

Answer to Order to Show Cause                          Mason v. Hedgpeth, Warden
                                                       C 07-04594 SBA (PR)

3