EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5954
  Fax:  (415) 703-1234
  Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SHAVOUGUE A. MASON,**<br><br>                        Petitioner,<br><br>    v.<br><br>**A. HEDGPETH, Warden,**<br><br>                        Respondent. | C 07-04594 SBA (PR)<br><br>**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER** |

| | |
|---|---|
| Exhibit 1 | State Court Clerk's Transcript (2 vols.) |
| Exhibit 2 | State Court Reporter's Transcript (7 vols.)[1] |
| Exhibit 3 | Appellant's Opening Brief, No. H028624 |
| Exhibit 4 | Respondent's Brief, No. H028624 |
| Exhibit 5 | Appellant's Reply Brief, No. H028624 |
| Exhibit 6 | Unpublished Opinion of the California Court of Appeal, Sixth Appellate District, No. H028624, filed September 7, 2006 |

---

1. Respondent does not have the first two volumes of the state court reporter's transcript.

| | | |
|---|---|---|
| Exhibit 7 | Petition for Rehearing, No. H028624 |
| Exhibit 8 | Order granting Petition for Rehearing, No. H028624 |
| Exhibit 9 | Appellant's Supplemental Letter Brief, No H028624 |
| Exhibit 10 | Respondent's Supplemental Letter Brief, No. H028624 |
| Exhibit 11 | Appellant's Supplemental Letter Reply Brief, No. H028624 |
| Exhibit 12 | Unpublished Opinion of the California Court of Appeal, Sixth Appellate District, No. H028624, filed February 8, 2007 |
| Exhibit 13 | Petition for Review, No. S151109 |
| Exhibit 14 | Denial of Petition for Review, No. S151109 |

Dated: March 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

40225178.wpd
SF2008400274

Index of Exhibits

Mason v. Hedgpeth, Warden
C 07-04594 SBA (PR)

2