To Richard W. Wieking;
Clerk U.S. District Court
Norther District of California
    Oakland

**FILED**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I'm requesting a 15 day ~~extention~~ extension on the filing of my Traverse on habeas Corpus. I am not versed in the law and need more time to research and type the Traverse. My Case number is C07-04594 SBA(PR). Thank You!

Sincerly,

4/17/08 (V80244) Shavousue Mason



ATTN: Richard W. Wieking
Office of The Clerk U.S. District Ct.
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA, 94612-5212

Confidential
Legal Mail

Shavougue Mason
V80244/Fac ABS-110
K.V.S.P./P.O. Box 5101
Delano, CA. 93216

Kern Valley State Prison
Facility A, Building 5