IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOUGUE A. MASON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　Respondent. _____/ | No. C 07-04594 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

　　　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **thirty (30) days** from the date of this order.

　　　　This Order terminates Docket no. 12.

　　　　IT IS SO ORDERED.

DATED: 4/24/08　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Mason4594.EOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHAVOUGUE A. MASON,

   Plaintiff,

 v.

A. HEDGPETH et al,

   Defendant.

Case Number: CV07-04594 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shavougue Antoine Mason V80244
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: April 25, 2008

          Richard W. Wieking, Clerk
          By: LISA R CLARK, Deputy Clerk