Shavougue Mason
V-80244
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216
In Pro Per

FILED

2008 APR 25 PM 3:47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOUGUE MASON, <br><br> Petitioner, <br><br> vs. <br><br> ANTHONY HEDGPETH, Warden of Kern Valley State Prison at Delano, California <br><br> Respondent. | NO. C 07-04594 SBA (PR) <br><br> APPLICATION FOR APPOINTMENT OF COUNSEL |

Petitioner, Shavougue Mason, hereby requests that this court appoint an attorney to represent him in his petition for habeas corpus.

This application is made pursuant to the Criminal Justice Act, 18 U.S.C., § 3006A, which gives the court authority to appoint counsel to represent an indigent person "whenever the interests of justice so require." 28 U.S.C. § 3006A(a)(2)(b).

The Forma Pauperis Affidavit, previously submitted with this court, shows that Mason satisfies the requirement of indigence. He does not have adequate funds to hire an attorney.

Furthermore, this is a case where the interests of justice require that counsel be appointed. The seriousness of Mason's sentence, 45 years to life, is one factor the court should consider. See *Hitchcock v. Eyman*, 418 F.2d 1254, 1246 (9th Cir. 1969). Furthermore, the issues he is raising, concerning the jury instruction which created a mandatory presumption, and the admission of evidence about a prior incident, involve complex legal issues which requires the legal expertise of counsel. See *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *United States ex. rel Jones v. Fanzen*, 676 F.2d 261, 267 (7th Cir. 1982). Mr. Mason does not have the legal expertise to prepare a traverse in response to the State's reply. This pleading was prepared by the attorney who represented him in state court.

For all these reasons, Mason asks that this court appoint an attorney to represent him in this matter, and grant more time to file a traverse.

DATED: 4/22/08

Respectfully submitted,

Shavougue Mason
In Pro Per

## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, _Shavougue Mason_, declare under the penalty of perjury that:

I am the _Petitioner_ in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this _22_ day of _April_, 20_08_, at Kern Valley State Prison, Delano, CA. 93216-5101.

_____
Declarant

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, _Shavougue Mason_, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [X] I am / [ ] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled;

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows: _Richard W. Wieking_
_Office of the Clerk U.S. District Court_
_Northern District of California_
_1301 Clay St., Suite 400S_
_Oakland, CA. 94612-5212_

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this _22nd_ day of _April_, 20_08_, at Kern Valley State Prison, Delano, Califrnia 93216-5101.

_____
Declarant



Shavougue Mason
V80244 / Fac AB5-1104
K.V.S.P. / P.O. Box 5101
Delano, CA. 93216

Confidential
Legal Mail

ATTN: Richard W. Wieking
Office of the Clerk U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland CA, 94612-5212