1   Shavougue Mason
2   V-80244
    Kern Valley State Prison
3   P.O. Box 5101
    Delano, CA 93216
4   In Pro Per

**FILED**

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5

6                   UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10  **SHAVOUGUE MASON,**                    )   NO. C 07-04594 SBA(PR)
                                            )
11              Petitioner,                 )
                                            )   APPLICATION
12                                          )   FOR APPOINTMENT OF COUNSEL
                                            )
13          vs.                             )
                                            )
14  **ANTHONY HEDGPETH**, Warden of         )
    Kern Valley State Prison at             )
15  Delano, California                      )
                                            )
16              Respondent.                 )
                                            )
17                                          )
                                            )
18  _____/

19      Petitioner, Shavougue Mason, hereby requests that this court appoint an attorney to
20
    represent him in his petition for habeas corpus.
21
22      This application is made pursuant to the Criminal Justice Act, 18 U.S.C., § 3006A,
23  which gives the court authority to appoint counsel to represent an indigent person "whenever
24  the interests of justice so require." 28 U.S.C. § 3006A(a)(2(b).
25
26      The Forma Pauperis Affidavit, previously submitted with this court, shows that
27  Mason satisfies the requirement of indigence. He does not have adequate funds to hire an
28  attorney.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Furthermore, this is a case where the interests of justice require that counsel be appointed. The seriousness of Mason's sentence, 45 years to life, is one factor the court should consider. *See Hitchcock v. Eyman*, 418 F.2d 1254, 1246 (9th Cir. 1969). Furthermore, the issues he is raising, concerning the jury instruction which created a mandatory presumption, and the admission of evidence about a prior incident, involve complex legal issues which requires the legal expertise of counsel. See *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *United States ex. rel Jones v. Fanzen*, 676 F.2d 261, 267 (7th Cir. 1982). Mr. Mason does not have the legal expertise to prepare a traverse in response to the State's reply. This pleading was prepared by the attorney who represented him in state court.

For all these reasons, Mason asks that this court appoint an attorney to represent him in this matter, and grant more time to file a traverse.

DATED: 5-11-08 .

Respectfully submitted,

Shavougue Mason
In Pro Per

UNITED STATES POSTAGE

02 1A
0004604192
MAILED FROM ZIP CODE 93215

PITNEY BOWES

$ 00.42⁰
MAY 12 2008

Shavague Mason
V80244/Fac A85-114
K.V.S.P./P.O. Box 5101
Delano, CA 93216

CoNfidential
legal mail

ATTN: Richard W. Wieking
Office of the Clerk US District Court
Northern District of California
1301 Clay St., Suite 4005
Oakland, CA 94612 - 5212