IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAVOUGUE A. MASON,

    Petitioner,

v.

A. HEDGPETH,

    Respondent.

No. C 07-04594 SBA (PR)

**ORDER DENYING PETITIONER'S SECOND MOTION FOR APPOINTMENT OF COUNSEL AND GRANTING HIM AN EXTENSION OF TIME TO FILE A TRAVERSE**

## INTRODUCTION

Petitioner Shavougue A. Mason is a prisoner of the State of California who is incarcerated at Kern Valley State Prison. He has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his 2005 state conviction.

## DISCUSSION

After its initial review of Petitioner's habeas petition, the Court ordered Respondent to show cause why the petition should not be granted and directed Petitioner to file a traverse no later than thirty days after his receipt of the answer.

On March 17, 2008, Respondent filed an answer.

On April 25, 2008, Petitioner requested appointment of counsel. The Court denied his request.

1  Petitioner did not file a traverse by the thirty-day deadline, but, instead, he filed another
2  request for appointment of counsel on May 14, 2008.
3  On May 21, 2008, Petitioner filed a traverse.
4  The Court DENIES Petitioner's second request for appointment of counsel (docket no. 17)
5  and GRANTS Petitioner an extension of time to file his traverse. The time in which Petitioner may
6  file a traverse will be extended nunc pro tunc to May 21, 2008, the date that Petitioner's traverse was
7  filed. The petition is deemed submitted and ready for decision and the Court will consider it on the
8  papers already filed. However, if the Court determines that Petitioner's claims may have merit and
9  that a traverse filed by court-appointed counsel would be appropriate, the Court will appoint counsel
10 on its own motion.
11 This Order terminates Docket no. 17.
12 IT IS SO ORDERED.
13 Dated: 6/9/08

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHAVOUGUE A. MASON,

        Plaintiff,

v.

A. HEDGPETH et al,

        Defendant.

Case Number: CV07-04594 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shavougue Antoine Mason V80244
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: June 9, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk