IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAVOUGUE ANTOINE MASON, | ) | No. C 07-4594 SBA (PR) |
| Petitioner, | ) ) | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| v. | ) ) | |
| A. HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner's habeas petition challenging his 2005 conviction in the state courts was denied on its merits. Petitioner has filed a notice of appeal and request for a certificate of appealability.

For the reasons expressed in the order denying the petition, petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This Order terminates Docket nos. 28.

IT IS SO ORDERED.

DATED: 5/17/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

\PRO-SE\SBA\HC.07\Mason4594.denyCOA.wpd

```
1
2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| SHAVOUGUE A. MASON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH et al,<br><br>　　　　Defendant.　　　　　　　/ | Case Number: CV07-04594 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shavougue Antoine Mason V80244
California State Prison - Los Angeles County
44750 60th Street West
P.O. Box 4430
Lancaster, CA 93539

Dated: May 17, 2010

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

\PRO-SE\SBA\HC.07\Mason4594.denyCOA.wpd   2